*Brainard Tolles* and *Richard E. Dwight* for appellant. *Carl Sherman,* Attorney-General (*Wilber W. Chambers* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hogan, Pound, McLaughlin and Crane, JJ. Dissenting: Hiscock, Ch. J., Cardozo and Andrews, JJ.

---

Carl L. Vietor, Respondent, *v.* The National City Bank of New York, Appellant.

*Bills, notes and checks — letter of credit — failure to honor drafts drawn thereunder — action to recover amount thereof.*

*Vietor* v. *Natl. City Bank of New York,* 206 App. Div. 664, affirmed. (Argued November 21, 1923; decided December 27, 1923.)

Appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 30, 1923, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was brought to recover $96,406.25, the amount of three drafts drawn by the plaintiff, under a confirmed documentary letter of credit for $187,500, issued by the defendant to the plaintiff on May 24, 1920, available by sight drafts, covering 6,000 cases of tin plates, " shipment within October 15, 1920," accompanied by ocean bills of lading to the order of the defendant, Barcelona, Spain, insurance certificate and consular invoice; drafts to be presented not later than October 14, 1920. The complaint alleged that the plaintiff, prior to October 14, 1920, presented to the defendant the three drafts in question, accompanied by the documents called for by the letter of credit, and that the defendant failed to honor the drafts. The answer denied performance of the terms of the letter of credit by the plaintiff.

*John A. Garver* and *Carl A. Mead* for appellant. *Herbert R. Limburg* and *Morris J. Hirsch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, Crane and Andrews, JJ. Not voting: McLaughlin, J.